NUMBER 13-03-738-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

RICARDO HERNANDEZ,                                                    Appellant,

v.

BRIAN GURLEY AND CYNTHIA CRUZ GURLEY,                   Appellees.
___________________________________________________________________

On appeal from the County Court at Law No. 5
of Hidalgo County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, RICARDO HERNANDEZ, attempted to perfect an appeal from a
judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in
cause number CL-41,680-E. Judgment in this cause was signed on July 14, 2003. 
An untimely motion for new trial was filed on September 3, 2003. Pursuant to Tex.
R. App. P. 26.1, appellant’s notice of appeal was due on August 13, 2003, but was
not filed until November 17, 2003. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Opinion delivered and filed this
the 26th day of February, 2004.